# EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| A | Residential Lease Agreement and Incorporated Addenda |
| B | Representative Maintenance History (January 2025 – November 2025) and Apartment-Condition Communications |
| C | Medical documentation and Disability-Accommodation / Early-Termination Communications |
| D | Move-out Accounting and Dispute Communications |
| E | RENTDEBT Collection and Dispute Communications |