# EXHIBIT B

## Representative Maintenance History and Apartment-Condition Evidence (January 2025 – November 2025)

This exhibit consists of representative maintenance-related electronic mail communications retained by Plaintiffs from two separate electronic mail accounts used during the tenancy, together with color photographs documenting conditions observed in Plaintiffs' apartment. The photographs depict, among other things, dead insects and pest conditions, heavily soiled HVAC filters, and visible dark growth, discoloration, and staining in the bathroom, including staining extending onto the bathtub/shower standing surface.

From Plaintiffs' recollection, maintenance requests, communications, and photographs concerning apartment conditions were provided to the Property Defendants through a combination of email and the Property Defendants' required maintenance portal and electronic work-order system.

The communications and photographs reflect recurring maintenance requests and apartment conditions concerning multiple systems and areas throughout Plaintiffs' tenancy, including, among other things:

- Plumbing;
- Heating and cooling (HVAC), including filter and air-quality conditions;
- Hot water;
- Appliances;
- Electrical systems;
- Interior conditions;
- Exterior conditions;
- Doors;
- Cabinets;
- Pest and insect conditions;

- Bathroom conditions, including visible dark growth, discoloration, and staining on and around the bathtub/shower area; and
- Additional maintenance communications and work-order updates.

The attached communications and photographs are representative rather than exhaustive. Because Defendants **ECI MANAGEMENT, LLC** and **LEE FOUNDERS WAY, LLC** required maintenance requests to be submitted through Defendants' maintenance portal and electronic work-order system, Defendants maintain or control business records relating to Plaintiffs' maintenance requests and apartment conditions, including work orders, maintenance logs, technician notes, internal communications, photographs, service records, and other related documentation. Plaintiffs anticipate that additional records will be obtained through discovery.

The representative communications and photographs attached hereto document conditions observed during the tenancy and Plaintiffs' repeated notifications to Defendants concerning maintenance issues affecting multiple apartment systems and conditions.

ems and conditions.

| | | | |
|---|---|---|---|
| Marcos L (Waterline. | Inbox | Exterior Request Resolved - Hi, Elena. I wanted to let you know that your Exterior request has been resolved. Waterline Bonita Springs ... | 3/31/25 |
| Waterline at Bonita. | Inbox | Exterior Request Opened - Hi, Elena. An Exterior request was opened by resident, Aleksandar Musulin, for your residence. Waterline B... | 3/31/25 |
| Emmanuel F (Waterli. | Inbox | Cabinet Request Resolved - Hi, Elena. I wanted to let you know that your Cabinet request has been resolved. Waterline Bonita Springs ... | 3/17/25 |
| Waterline at Bonita. | Inbox | Cabinet Request Opened - Hi, Elena. A Cabinet request was opened by resident, Aleksandar Musulin, for your residence. Waterline Bo... | 3/15/25 |
| me | | Re: Appliances Request Resolved - Thank you Emmanuel, much appreciated! Kind regards, Elena On Tue, Feb 11, 2025 at 10:51 AM Emmanuel... | 2/11/25 |
| Emmanuel F (Waterli. | Inbox | Appliances Request Resolved - Hi, Elena. I wanted to let you know that your Appliances request has been resolved. Waterline Bonita S... | 2/11/25 |
| Waterline at Bonita. | Inbox | Appliances Request Opened - Hi, Elena. An Appliances request was opened by resident, Aleksandar Musulin, for your residence. Wate... | 2/10/25 |
| Emmanuel F (Waterli. | Inbox | Plumbing Request Resolved - Hi, Elena. I wanted to let you know that your Plumbing request has been resolved. Waterline Bonita Sprin... | 2/7/25 |
| Waterline at Bonita. | Inbox | Plumbing Request Opened - Hi, Elena. A Plumbing request was opened by resident, Aleksandar Musulin, for your residence. Waterline | 2/7/25 |
| Waterline Bonita Sp. | Inbox | Lease Agreement Executed - waterline-bonita-springs Lease Agreement Executed Dear Elena, Congratulations! Your property manag... RENTCafe_Leas... | 1/14/25 |
| Waterline Bonita Sp. | Inbox | Lease Agreement Signed Notification - waterline-bonita-springs Lease Agreement Signed Notification Elena has signed the lease for ... | 1/14/25 |

| | | | |
|---|---|---|---|
| 6. Yuriersy H (Wate. | Inbox | **Heating & Cooling Request Resolved** - Hi, Elena. I wanted to let you know that your Heating & Cooling request has been r... | |
| Waterline at Bonita. | Inbox | Heating & Cooling Request Opened - Hi, Elena. A Heating & Cooling request was opened by resident, Aleksandar Musulin, for your resi... | 11/1/25 |
| Emmanuel F (Waterli. | Inbox | Door Request Resolved - Hi, Elena. I wanted to let you know that your Door request has been resolved. Waterline Bonita Springs Door ... | 8/15/25 |
| **Waterline at Bonita.** | Inbox | **Door Request Opened** - Hi, Elena. A Door request was opened by resident, Aleksandar Musulin, for your residence. Waterline Bonita ... | **8/15/25** |
| Aleksandar Musulin . | Inbox | New Comment Regarding Your Door Request - Hi, Elena. I added a comment to your Door request. "Entry Instructions: Please knock b... | 8/15/25 |
| Emmanuel F (Waterli. | Inbox | Interior Request Resolved - Hi, Elena. I wanted to let you know that your Interior request has been resolved. Waterline Bonita Springs I... | 7/25/25 |
| Waterline at Bonita. | Inbox | Interior Request Reopened - Hi, Elena. Your Interior request was reopened by Marcos L. You can view the latest status for this request ... | 7/25/25 |
| Marcos L (Waterline. | Inbox | New Comment Regarding Your Exterior Request - Hi, Elena. I added a comment to your Exterior request. "unfortunally we cant pressur... | 7/24/25 |
| Marcos L (Waterline. | Inbox | New Comment Regarding Your Interior Request - Hi, Elena. I added a comment to your Interior request. "unfortunally we cant pressure... | 7/24/25 |
| Marcos L (Waterline. | Inbox | Interior Request Resolved - Hi, Elena. I wanted to let you know that your Interior request has been resolved. Waterline Bonita Springs I... | 7/24/25 |
| Waterline at Bonita. | Inbox | Interior Request Opened - Hi, Elena. An Interior request was opened by resident, Aleksandar Musulin, for your residence. Waterline Bo... | 7/24/25 |
| Emmanuel F (Waterli. | Inbox | Exterior Request Resolved - Hi, Elena. I wanted to let you know that your Exterior request has been resolved. Waterline Bonita Springs ... | 7/24/25 |
| Waterline at Bonita. | Inbox | Exterior Request Opened - Hi, Elena. An Exterior request was opened by resident, Aleksandar Musulin, for your residence. Waterline B... | 7/24/25 |
| Marcos L (Waterline. | Inbox | Uncategorized Request Resolved - Hi, Elena. I wanted to let you know that your Uncategorized request has been resolved. Waterline B... | 6/26/25 |
| Waterline at Bonita. | Inbox | Uncategorized Request Opened - Hi, Elena. An Uncategorized request was opened by resident, Aleksandar Musulin, for your residenc... | 6/26/25 |
| Emmanuel F (Waterli. | Inbox | Plumbing Request Resolved - Hi, Elena. I wanted to let you know that your Plumbing request has been resolved. Waterline Bonita Sprin... | 6/14/25 |
| Waterline at Bonita. | Inbox | Plumbing Request Opened - Hi, Elena. A Plumbing request was opened by resident, Aleksandar Musulin, for your residence. Waterline ... | 6/14/25 |
| Marcos L (Waterline. | Inbox | Plumbing Request Resolved - Hi, Elena. I wanted to let you know that your Plumbing request has been resolved. Waterline Bonita Sprin... | 5/18/25 |
| Aleksandar Musulin . | Inbox | New Comment Regarding Your Plumbing Request - Hi, Elena. I added a comment to your Plumbing request. "Please cancel this reques... | 5/18/25 |
| Waterline at Bonita. | Inbox | Plumbing Request Opened - Hi, Elena. A Plumbing request was opened by resident, Aleksandar Musulin, for your residence. Waterline ... | 5/17/25 |
| Marcos L (Waterline. | Inbox | Door Request Resolved - Hi, Elena. I wanted to let you know that your Door request has been resolved. Waterline Bonita Springs Door ... | 5/13/25 |
| Waterline at Bonita. | Inbox | Door Request Opened - Hi, Elena. A Door request was opened by resident, Aleksandar Musulin, for your residence. Waterline Bonita S... | 5/13/25 |
| Emmanuel F (Waterli. | Inbox | Appliances Request Resolved - Hi, Elena. I wanted to let you know that your Appliances request has been resolved. Waterline Bonita S... | 5/11/25 |
| Waterline at Bonita. | Inbox | Appliances Request Opened - Hi, Elena. An Appliances request was opened by resident, Aleksandar Musulin, for your residence. Wate... | 5/11/25 |
| Waterline Bonita Sp. | Inbox | Upcoming Pressure Washing for Bldg. 6 Wednesday May 7th, 2025 - waterline-bonita-springs Upcoming Pressure Washing for Bldg. 6... | 5/5/25 |
| 6. Yuriersy H (Wate. | Inbox | Door Request Resolved - Hi, Elena. I wanted to let you know that your Door request has been resolved. Waterline Bonita Springs Door ... | 5/1/25 |
| Aleksandar Musulin . | Inbox | New Comment Regarding Your Door Request - Hi, Elena. I added a comment to your Door request. "Entry Instructions: Please call 239.... | 5/1/25 |
| Waterline at Bonita. | Inbox | Door Request Opened - Hi, Elena. A Door request was opened by resident, Aleksandar Musulin, for your residence. Waterline Bonita S... | 5/1/25 |
| Marcos L (Waterline. | Inbox | Electrical Request Resolved - Hi, Elena. I wanted to let you know that your Electrical request has been resolved. Waterline Bonita Sprin... | 4/27/25 |
| me | | Re: New Comment Regarding Your Electrical Request - Thanks, you are correct Marcos, wasn't aware of that. Wanted to mention one more it... | 4/27/25 |
| Marcos L (Waterline. | Inbox | New Comment Regarding Your Electrical Request - Hi, Elena. I added a comment to your Electrical request. "did you try with the switc... | 4/27/25 |
| Waterline at Bonita. | Inbox | Electrical Request Opened - Hi, Elena. An Electrical request was opened by resident, Aleksandar Musulin, for your residence. Waterlin... | 4/27/25 |

Some messages in Trash or Spam match your search. View messages

## Problem with flies Inbox ×

**Alek** <nsrdr7@gmail.com>
to Celia

Apr 30, 2025, 12:11 PM

Hi Celia,

We are getting many small flies coming into our unit, not sure how. We keep doors closed, screens all seem good, so maybe they're coming through the vents? Over the past week or so, there are many dead ones ending up on the kitchen and dining area floor that we are sweeping up, every day now.

Maybe we need pest control to spray in here?

Please let me know

Thanks,

Alek - Bldg 6 unit 203
Ph: 830.830.6374

**Alek** <nsrdr7@gmail.com>
to Celia

Apr 30, 2025, 4:34 PM

Hi Celia,

About the flies in the email attached I sent earlier today, just to be clear, the flies are coming through the venting of the A/C and they're already dead when we see them on the floor. We don't see them flying around

Thanks,

Alek

Begin forwarded message:

•••

**Waterline Bonita Springs** <Waterline@ocgroups.com>
to me

Apr 30, 2025, 4:57 PM

Hi Alek,

Thank you for clarifying that. Do you still want me to send pest control next Tuesday?

Thank you.

*Celia Campa*
**Leasing Consultant**
**(239)676-9112**
Celia@ocgroups.com

WATERLINE

•••

**Alek** <nsrdr7@gmail.com>
to Waterline

May 1, 2025, 8:00 AM

Hi Celia,

Let's hold off on the pest control for now. There is a visible gap in the exterior door seal to our unit that I have asked maintenance to look at. This may be the entry point for the flies

Thanks,

Alek

•••

Reply | Reply all | Forward

# Re: Waterline Bonita Springs - January Lease Expiration

**Alek** <alekmsbc@gmail.com>
to Waterline

Fri, Nov 7, 2025, 12:58 PM

Hello Wendy,

We are willing to continue our lease on a month to month basis but cannot agree to the higher pricing provided for our review. We will be able to pay $1,300 per month on a month to month or 3 month lease extension as a maximum.

Let us know if this is acceptable.

Thanks,

Alek Musulin
Ph 239.825.8888


MANN+
HUMMEL


MANN+
HUMMEL
MANN+
HUMMEL
MANN+
HUMMEL
MANN+
HUMMEL
MANN+
HUMMEL




Evelyn
Rosewater


Close
1853/3601
Media
Save



