# EXHIBIT C

## Medical Documentation and Disability-Accomodation / Early-Termination Communications

Konowal Vision Center
9500 Corkscrew Palm Circle Ste 3
Estero, FL 33928
(239) 948-7555

Date: November 15, 2025

Patient: Elena Yaneva

This will certify that the above named patient underwent allergy testing and has been found to be allergic to mold and dust mites. She has been treated for eye and facial swelling for 10 months and I have recommended that she avoid dusty and moldy environments. If you have any questions regarding this matter, please feel free to contact me at (239)948-7555.

Physician Signature:

Signed 11/15/2025 2:48 PM

Alexandra Konowal,D.O.

Gmail

Alek M <nsrdr7@gmail.com>

## RE: Non-Renewal of Lease / Requested Early Move-Out Date unit 6-203

**Angie Sanchez** <Angie@ecigroups.com>
To: Alek <nsrdr7@gmail.com>

Thu, Nov 13, 2025 at 2:41 PM

Good afternoon, Alek,

Thank you for your email and for providing notice of your intent not to renew your lease which is scheduled to expire on January 12, 2026.

Per the terms of your lease agreement, you have the following options regarding your move-out:

1. Submit a 60-day notice and pay rent through the end of the lease term (January 12, 2026) — no penalty will apply.
2. Move out prior to the lease expiration date — a penalty will be charged for not completing the required 60-day notice period and for vacating before the lease end date.

While we appreciate your advance notice and request, we are unable to approve an early termination without penalty.

Should you choose to vacate on December 15, 2025, the applicable early termination charges will apply as outlined in your lease.

Please keep in mind that all lease holders must sign the attached Notice to Vacate form and return it to our office to confirm your move-out intent and preferred pre-move out inspection date (*typically scheduled 2 weeks after notice is given*).

Once received, we will provide the next steps and any applicable final move-out details.

Thank you,

ECI GROUP
ANGIE SANCHEZ
COMMUNITY MANAGER
angie@ecigroups.com
www.ecigroups.com

NAA
TOP EMPLOYERS
LOVE WHERE YOU WORK

**From:** Alek <nsrdr7@gmail.com>
**Sent:** Thursday, November 13, 2025 9:59 AM
**To:** Angie Sanchez <Angie@ecigroups.com>
**Subject:** Non-Renewal of Lease / Requested Early Move-Out Date

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Angie,

This letter serves as my formal notice that I will **not be renewing** my residential lease, which is currently set to expire on January 12, 2026.

I am requesting permission to vacate the premises **on December 15, 2025**, and I am asking that no further rent or charges be assessed **after November 30, 2025**, as I will only be occupying the unit for the first half of December and possibly sooner but not later. I am requesting that you accept this arrangement as a mutually agreed early termination without penalty.

I am providing this notice well in advance, and I will continue to maintain the unit in good condition until my departure. Please confirm in writing whether you accept this proposal so that I may schedule my move-out and coordinate final turnover.

Thank you for your time and cooperation.

Sincerely,
Alek Musulin

10660 Founders Way, Apt 203

Bonita Springs, FL

Case 3:26-cv-02259-KCD-NPM Document 1-4 Filed 08/17/26 Page 5 of 10 PageID 109

---

**6-203 Notice to vacate.pdf**
105K

Gmail Alek M <nsrdr7@gmail.com>

## RE: Non-Renewal of Lease / Requested Early Move-Out Date unit 6-203

**Alek M** <nsrdr7@gmail.com> Thu, Nov 20, 2025 at 12:24 PM
To: Angie Sanchez <Angie@ecigroups.com>

**Subject: Updated Move-Out Date – Unit 6-203**

Hello Angie,

Thank you for your email. This message is to confirm our medically required move-out timeframe for Unit 6-203.

Elena and I are currently in Houston for her medical treatment. Her physician has instructed her to avoid dusty and moldy environments based on her ongoing symptoms and confirmed allergies. Because of the documented conditions inside the apartment, it is not medically suitable for her as a continued living environment. We do need to return to Florida briefly to handle several matters and to pack our belongings. Any presence in the unit will be temporary and solely for the purpose of preparing to vacate.

We will be vacating the apartment no later than December 5, 2025, and depending on Elena's medical needs, we may move out earlier. We will update you once we know the exact date, but it will be on or before December 5.

For your records, I have attached the doctor's note and photos of the HVAC filter that was removed from the unit, as well as photos of mold embedded in the bathtub caulking. These conditions have created an indoor environment that is not medically suitable for her to remain in long term.

Because this move-out is required for medical and habitability reasons, we will not be responsible for penalties or early termination fees. We are paid through November 30 and will pay the pro-rated rent from December 1 through the actual date we vacate, which will be on or before December 5.

Please update our resident profile to reflect:

– Move-out date: on or before December 5, 2025
– Reason: medically required move-out due to unsafe environmental conditions
– No penalties or early termination charges

Once the Notice to Vacate form is updated to reflect the medically required nature of the move-out and does not include penalty language, we will sign and return it.

If you need any further information or documentation, please let me know.

Thank you,
Alek Musulin
Unit 6-203

[Quoted text hidden]

**5 attachments**



**IMG_1963.JPG**
979K



**IMG_0957.JPG**
2238K



**IMG_0958.JPG**
4324K



**IMG_1962.PNG**
14203K

**1_15112025_0001.pdf**
15K

Gmail

Alek M <nsrdr7@gmail.com>

## Message from Waterline Bonita Springs Team

**Henry** <henry@eci-resident.com>
To: nsrdr7@gmail.com

Tue, Nov 25, 2025 at 2:14 PM

Good afternoon, Alek,

Following the AMG inspection performed today, November 25, 2025, the vendor did not find any moisture in unit 6-203.

However, we did find that the A/C thermostat had been turned off. Please ensure the A/C remains on so that air can properly circulate throughout the unit.

After further discussion with the Senior Regional Property Manager, unit 6-203 has been placed on notice with a scheduled move-out date of December 5, 2025. The unit will now be placed on the market and advertised as available for pre-lease.

We will make every effort to secure a new renter as soon as possible. However, please note that you are responsible for the rent on unit 6-203 through January 12, 2026. If a new renter takes possession prior to that date, you will not be charged rent beyond their move-in date.

Please let us know if you have any questions.

Thank you,

To opt-out of emails reply "Unsubscribe" or use this link UNSUBSCRIBE.

By replying you consent to this Privacy Policy. Replies may be human and/or AI generated. Emails are collected and recorded by a third party. ECI Group, Inc. 10655 Founders Way Bonita Springs, FL 34135

# MOVE OUT ACKNOWLEDGEMENT LETTER

Date: November 25, 2025

Dear Aleksandar Musulin, Elena Yaneva,

Thank you for the choosing Waterline Bonita Springs as your home.

We have received your notice to vacate. You are an important part of our community, and we would love the opportunity to try to change your mind. Please contact the leasing office to discuss all options available to you.

Your last prorated rental payment for the move-out month will be due on the first day of the month. The prorated rent amount along with any other monthly fees (utilities, amenity fees, community fees, etc) will be available on your resident portal on the first day of move-out month. This amount on the resident portal will not include any other charges such as damages, cleaning fees, concession repayment, early termination fees or lack of notice fees if applicable.

Prior to your move-out date, we will conduct a preliminary move-out walk through with you to offer you guidance for a smooth move-out experience. This preliminary move-out walk through must be done within 2 weeks after receiving your notice to vacate. If you have not scheduled this yet, please contact the office to do so. If there are damages, this will allow you to know in advance what will be expected on the day of move-out.

**If all keys are not turned into the leasing office upon move-out, you will be charged rent until they are received.** As a reminder, all utilities must remain on and in your name until your scheduled move-out date. A final walk-through will be done on the day of move-out to confirm the condition of the apartment.

You will receive a Final Account Statement from Waterline Bonita Springs after moving out. Your apartment must be left in good condition as any damages will be charged back to you. You must provide the office with a forwarding address on or before your move-out date. As a reminder, remember to change your forwarding address with USPS too.

**Please keep in mind that it may be impossible to extend or cancel your move-out if the apartment has been re-rented.**

We are sorry to see you go and hope you have enjoyed your stay with us.

Please contact the leasing office if you have any questions and to schedule your final walk-through.

Sincerely,

Community Management Team

Waterline Bonita Springs

Case 2:26-cv-02259-KCD-NPM Document 1-4 Filed 08/17/26 Page 10 of 10 PageID 114

Gmail

Alek M <nsrdr7@gmail.com>

## Message from Waterline Bonita Springs Team

**Alek M** <nsrdr7@gmail.com>
To: henry@eci-resident.com

Thu, Nov 27, 2025 at 9:11 PM

Hello Henry,

Henry,

Thank you for your email. I am writing to clarify the status of Unit 6-203 so that your records accurately reflect the circumstances.

We vacated the apartment today, November 27, 2025, pursuant to my wife's physician's written medical directive. As documented in the medical letter already provided, she cannot safely remain in or be exposed to the air-quality conditions in the unit. Based on that medical instruction, we removed all personal belongings and immediately surrendered possession.

To avoid any confusion regarding access, the keys and the fob were left on the kitchen counter at the time we vacated. Possession of Unit 6-203 has therefore been fully surrendered as of November 27. Any internal scheduling of a December 5 move-out date does not apply to a medically-required early vacate.

With respect to the remainder of the month, since we will not be in the unit for the balance of November, please process a prorated refund for the unused days that were prepaid. The refund may be sent via Zelle to 830-830-6374.

Please update your records to reflect that the unit was vacated and possession returned to management on November 27, 2025. Should you require any further documentation from the physician for your file, please let me know.

Thank you,

Alek Musulin

[Quoted text hidden]