# EXHIBIT D

## Move-Out Accounting and Dispute Communications

Gmail

Alek M <nsrdr7@gmail.com>

## Waterline Bonita Springs - Unit 06203

**Wendy Villegas** <Wendy@ecigroups.com> Wed, Dec 10, 2025 at 9:28 AM
To: "nsrdr7@gmail.com" <nsrdr7@gmail.com>, "alekmsbc@gmail.com" <alekmsbc@gmail.com>

Dear Resident,

We hope you enjoyed your time at Waterline Bonita Springs.

Your move-out inspection is attached. Please note you have a balance due of $2,532.91

Breakdown of Charges-

**Utilities-**

| | | | |
|---|---|---|---|
| 11/25/2025 | ub-admin | Service Fee - 10/01/25-11/01/25 | 1.50 |
| 11/25/2025 | ub waste | Sewer 10/01/25 11/01/25 | 32.26 |
| 11/25/2025 | ub-water | Water - 10/01/25-11/01/25 | 14.73 |

**December Rent-**
$1629.00

**January Rent (1-12 Lease End Date)**
$630.58

**Move Out Charges -**

| | | | |
|---|---|---|---|
| 12/10/2025 | dmg-clea | Damage - Clean (Deep Clean) | 105.00 |
| 12/10/2025 | trashout | Trash Out - 3 bags @ 25.00 each | 75.00 |

You will have the ability to pay via your Resident Portal account for 30 days after moving out. Please contact us once your payment is made so that your account can be updated. After 30 days, your account will be transferred to collections.

Thank you again for your residency at Waterline Bonita Springs.

Best,

Waterline Bonita Springs

ECI GROUP

WENDY V.
SHARED SERVICES ASSOCIATE- BILINGUAL
Direct: 678-504-7672
wendy@ecigroups.com
www.ecigroups.com

NAA TOP EMPLOYERS LOVE WHERE YOU WORK

---

Moveout_Statement-06203.pdf
139K

# Move Out Statement

Date: 12/10/2025

| | | | | | |
|---|---|---|---|---|---|
| Code | t0148530 | Property | 131 | Lease From | 01/14/2025 |
| Name | Aleksandar Musulin | Unit | 06203 | Lease To | 01/12/2026 |
| Address | 10660 Founders Way #203 | Status | Past | Move In | 01/14/2025 |
| | | Rent | 1,629.00 | Move Out | 12/05/2025 |
| City | Bonita Springs, FL 34135 | | | Notice | 11/13/2025 |
| Telephone | | | | | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| | Balance as of 12/01/2025 | | | 54.49 | |
| 12/01/2025 | Gross Rental (12/2025) 5 days | 262.74 | 0.00 | 317.23 | 10954864 |
| 12/01/2025 | Landlord Liab. Waiver Monthly (12/2025) 5 days | 2.26 | 0.00 | 319.49 | 10954865 |
| 12/01/2025 | Pest Fees (12/2025) 5 days | 0.81 | 0.00 | 320.30 | 10954866 |
| 12/01/2025 | Community Fee Monthly (12/2025) 5 days | 5.97 | 0.00 | 326.27 | 10954867 |
| 12/01/2025 | Trash & Recycling Fees Monthly (12/2025) 5 days | 5.65 | 0.00 | 331.92 | 10954868 |
| 12/01/2025 | Gross Rental (12/2025) 26 days | 1,366.26 | 0.00 | 1,698.18 | 10961613 |
| 12/01/2025 | Trash & Recycling Fees Monthly (12/2025) 26 days | 29.35 | 0.00 | 1,727.53 | 10961614 |
| 12/01/2025 | Pest Fees (12/2025) 26 days | 4.19 | 0.00 | 1,731.72 | 10961615 |
| 12/01/2025 | Community Fee Monthly (12/2025) 26 days | 31.03 | 0.00 | 1,762.75 | 10961616 |
| 12/01/2025 | Landlord Liab. Waiver Monthly (12/2025) 26 days | 11.74 | 0.00 | 1,774.49 | 10961617 |
| 12/05/2025 | Final Move out Service Fee | 10.00 | 0.00 | 1,784.49 | 10961698 |
| 12/05/2025 | Final Service Fee | 1.50 | 0.00 | 1,785.99 | 10961699 |
| 12/05/2025 | Final Sewer - 11/02/25-12/05/25 | 22.89 | 0.00 | 1,808.88 | 10961700 |
| 12/05/2025 | Final Water - 11/02/25-12/05/25 | 10.45 | 0.00 | 1,819.33 | 10961701 |
| 12/10/2025 | Service Fee - 12/01/25-12/31/25 | -6.00 | 0.00 | 1,813.33 | 10962789 |
| 12/10/2025 | Trash & Recycling Fees Monthly (12/2025) Credit 26 days | -29.35 | 0.00 | 1,783.98 | 10962790 |
| 12/10/2025 | Pest Fees (12/2025) Credit 26 days | -4.19 | 0.00 | 1,779.79 | 10962791 |
| 12/10/2025 | Community Fee Monthly (12/2025) Credit 26 days | -31.03 | 0.00 | 1,748.76 | 10962792 |
| 12/10/2025 | Landlord Liab. Waiver Monthly (12/2025) Credit 26 days | -11.74 | 0.00 | 1,737.02 | 10962793 |
| 12/10/2025 | Gross Rent - 01/01-01/12 Lease End Date | 630.58 | 0.00 | 2,367.60 | 10962794 |
| 12/10/2025 | Damage - Clean (Deep Clean) | 105.00 | 0.00 | 2,472.60 | 10962795 |
| 12/10/2025 | Trash Out - 3 bags @ 25.00 each | 75.00 | 0.00 | 2,547.60 | 10962796 |
| 12/10/2025 | Landlord Liab. Waiver Monthly-credit Landlord Liab. Waiver Monthly (12/2025) 5 days | -2.26 | 0.00 | 2,545.34 | 10962798 |
| 12/10/2025 | Pest Fees-credit Pest Fees (12/2025) 5 days | -0.81 | 0.00 | 2,544.53 | 10962799 |
| 12/10/2025 | Community Fee Monthly -credit Community Fee Monthly (12/2025) 5 days | -5.97 | 0.00 | 2,538.56 | 10962800 |
| 12/10/2025 | Trash & Recycling Fees Monthly credit Trash & Recycling Fees Monthly (12/2025) 5 days | -5.65 | 0.00 | 2,532.91 | 10962801 |

Gmail

Alek M <nsrdr7@gmail.com>

## Waterline Bonita Springs - Unit 06203

**Alek** <alekmsbc@gmail.com> Tue, Feb 3, 2026 at 6:43 PM
To: Wendy Villegas <wendy@ecigroups.com>
Cc: Nsrdr7 <nsrdr7@gmail.com>

I dispute the charges listed in your move-out statement. This was a medical move-out supported by a physician's letter previously provided. I vacated the unit prior to the end of the rental period that I had already paid for. No additional rent, fees, or charges are owed. Please correct your records accordingly.

Alek Mason

[Quoted text hidden]

**2 attachments**


**image.png**
6K


**image.png**
5K

Gmail

**Alek M <nsrdr7@gmail.com>**

---

## Waterline Bonita Springs - Unit 06203

---

**Wendy Villegas** <Wendy@ecigroups.com> Wed, Feb 4, 2026 at 7:48 AM
To: Alek <alekmsbc@gmail.com>
Cc: Nsrdr7 <nsrdr7@gmail.com>

Good morning, I will reach out to the Property Manager regarding the dispute. Once I receive their feedback, I will follow up with a response.

Thank you.

ECI GROUP

WENDY V.
SHARED SERVICES ASSOCIATE- BILINGUAL
Direct: 678-504-7672
wendy@ecigroups.com
www.ecigroups.com

NAA TOP EMPLOYERS LOVE WHERE YOU WORK

---

**From:** Alek <alekmsbc@gmail.com>
**Sent:** Tuesday, February 3, 2026 7:45 PM
**To:** Wendy Villegas <Wendy@ecigroups.com>
**Cc:** Nsrdr7 <nsrdr7@gmail.com>
**Subject:** Re: Fw: Waterline Bonita Springs - Unit 06203

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

[Quoted text hidden]

Gmail

Alek M <nsrdr7@gmail.com>

## Waterline Bonita Springs - Unit 06203

**Wendy Villegas** <Wendy@ecigroups.com>
To: Alek <alekmsbc@gmail.com>
Cc: Nsrdr7 <nsrdr7@gmail.com>

Thu, Feb 5, 2026 at 8:15 AM

Good morning!

After speaking with the Property Manager, the charges will remain the same.

Please log in to your resident portal to submit payment for the outstanding balance. We can also offer a 60-day payment plan if that would be helpful, just let me know and I'd be happy to review the details with you.

If payment is not received, the account will be sent to collections. At that time, you will be able to work directly with them to set up a payment plan if needed

Thank you.

ECI GROUP

WENDY V.
SHARED SERVICES ASSOCIATE- BILINGUAL
Direct: 678-504-7672
wendy@ecigroups.com
www.ecigroups.com

NAA TOP EMPLOYERS LOVE WHERE YOU WORK

---

**From:** Alek <alekmsbc@gmail.com>
**Sent:** Tuesday, February 3, 2026 7:45 PM
**To:** Wendy Villegas <Wendy@ecigroups.com>
**Cc:** Nsrdr7 <nsrdr7@gmail.com>
**Subject:** Re: Fw: Waterline Bonita Springs - Unit 06203

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

I dispute the charges listed in your move-out statement. This was a medical move-out supported by a physician's letter previously provided. I vacated the unit prior to the end of the rental period that I had already paid for. No additional rent, fees, or charges are owed. Please correct your records accordingly.

Sincerely,

Alek Mason

[Quoted text hidden]