# EXHIBIT E

## RENTDEBT Collection and Dispute Communications

Alek Mason, formerly known as Aleksandar Musulin
SSN: XXX-XX-2876

Elena Yaneva
SSN: XXX-XX-0471

2319 Perkins Crossing Drive
Conroe, Texas 77304

July 16, 2026

**VIA USPS CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RentDebt Automated Collections, LLC
2285 Murfreesboro Pike
Nashville, Tennessee 37217-3348

**RE: FORMAL DISPUTE AND DEMAND FOR IMMEDIATE COMPLETE DELETION**

Original Creditor: Waterline Bonita Springs
Reported Amount: $724
RentDebt Account: RD1483XXX / account ending in 3905

To Whom It May Concern:

We each separately dispute the alleged Waterline Bonita Springs debt in its entirety. We deny that either of us owes the reported $724 or any other amount arising from the disputed Waterline move-out charges.

The alleged charges were disputed in writing with Waterline before Waterline referred the account to RentDebt. Waterline received our dispute, considered it, and responded before sending the disputed account for collection. Copies of that written dispute and Waterline's response are enclosed.

This letter constitutes a direct dispute under the Fair Credit Reporting Act and Regulation V, including 12 C.F.R. § 1022.43, as well as formal notice under applicable federal and Florida debt-collection law.

**<u>Demand for complete deletion</u>**

We demand that RentDebt immediately:

1. Close the collection placement and cease all collection activity concerning the alleged debt;

2. Completely delete every RentDebt tradeline concerning this alleged account from Alek Mason's Equifax, Experian, and TransUnion consumer files;

3. Completely delete every RentDebt tradeline concerning this alleged account from Elena Yaneva's Equifax, Experian, and TransUnion consumer files;

4. Refrain from furnishing or re-reporting the alleged account to any consumer reporting agency; and

5. Provide written confirmation that complete deletion instructions have been transmitted to every consumer reporting agency to which RentDebt furnished the alleged account.

A dispute notation, balance adjustment, revised status, closed-account designation, paid-account designation, or any other modification of the tradelines is not an acceptable resolution.

The demanded resolution is immediate and complete deletion from both consumers' credit files.

The enclosed correspondence is provided solely to establish that the entire alleged debt was disputed before its referral to RentDebt. Nothing enclosed constitutes an acknowledgment that the debt exists or that any amount is owed.

Litigation concerning the alleged Waterline debt, its referral for collection, related collection activity, and resulting credit reporting is anticipated. Accordingly, RentDebt must preserve all potentially relevant paper and electronic records within its possession, custody, or control.

**<u>Preservation of records</u>**

RentDebt must preserve all records concerning the account placement, communications with Waterline and its management company, communications concerning either consumer, collection activity, credit-reporting transmissions, account histories, internal notes, recordings, and any investigation, verification, modification, or deletion of the tradelines.

All communications concerning this matter must be in writing and mailed to the address above.

Nothing in this letter constitutes an acknowledgment of the alleged debt, an admission of liability, an offer of payment, or a waiver of any claim, defense, cause of action, or legal remedy.

Sincerely,

Alek Mason
formerly known as Aleksandar Musulin

Elena Yaneva

Enclosures

1. Copy of the written dispute submitted to Waterline Bonita Springs; and Copy of Waterline's response to the dispute.

**cc: Copy sent by USPS Certified Mail**

**RentDebt Automated Collections, LLC**
**P.O. Box 1367**
**Goodlettsville, Tennessee 37070**

**Alek**
to Wendy, me

I dispute the charges listed in your move out statement. This was a medical move-out supported by a physician's letter previously provided. I vacated the unit prior to the end of the rental period that I had already paid for. No additional rent, fees, or charges are owed. Please correct your records accordingly.

Sincerely,

Alek Mason

On Jan 30, 2026 at 6:02 PM, <Wendy Villegas> wrote:

...

**Wendy Villegas** <...@eclgroups.com>
to Alek, me

Wed, Feb 4, 7:49 AM

Good morning, I will reach out to the Property Manager regarding the dispute. Once I receive their feedback, I will follow up with a response.

Thank you.

ECI GROUP
WENDY V.
[illegible] SERVICES ASSOCIATE - BILINGUAL
Direct 678-504-7872
wendy@eclgroups.com
www.eclgroups.com

NAA TOP EMPLOYERS

---

**From:** Alek <[illegible]@gmail.com>
**Sent:** Tuesday, February 3, 2026 7:45 PM
**To:** Wendy Villegas <Wendy@eclgroups.com>
**Cc:** Nsrdr7 <[illegible]@gmail.com>
**Subject:** Re: Fw: Waterline Bonita Springs - Unit 06203

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

...

[Message clipped] View entire message

**Wendy Villegas** <Wendy@eclgroups.com>
to Alek, me

Thu, Feb 5, 8:18 AM

Good morning!

After speaking with the Property Manager, the charges will remain the same.

Please log in to your resident portal to submit payment for the outstanding balance. We can also offer a 60-day payment plan if that would be helpful. Just let me know and I'd be happy to review the details with you.

If payment is not received, the account will be sent to collections. At that time, you will be able to work directly with them to set up a payment plan if needed

Thank you.

ECI GROUP
WENDY V.
[illegible] SERVICES ASSOCIATE - BILINGUAL
Direct 678-504-7872
wendy@eclgroups.com
www.eclgroups.com

NAA

Reply Reply all Forward

9589 0710 5270 3793 7806 68

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37217

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.87
$
Total Postage and Fees $6.37
$

Postmark Here

WILLIS, TX 77378 JUL 17 2026 USPS
07/17/2026

Sent To RENTDEBT AUTOMATED COLLECTIONS, LLC
Street and Apt. No., or PO Box No. 2285 MURFREESBORO PIKE
City, State, ZIP+4® NASHVILLE, TN 37217-3348

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3793 7806 75

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Goodlettsville, TN 37070

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.87
$
Total Postage and Fees $6.37
$

Postmark Here

WILLIS, TX 77378 JUL 17 2026 USPS
07/17/2026

Sent To RENTDEBT AUTOMATED COLLECTIONS, LLC
Street and Apt. No., or PO Box No. P.O. BOX 1367
City, State, ZIP+4® GOODLETTSVILLE, TN 37070

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

RentDebt Automated Collections, LLC.
304 Northcreek Blvd
Goodlettsville, TN 37072
866-376-7834

Office Hours: M-Th 8:00am to 5:00pm CST
Fri:8:00am to 3:00pm CST

07/23/2026

Elena Yaneva
2319 Perkins Crossing Dr
Conroe TX 77304

Creditor: Waterline Bonita Springs
Account: RD1483905
Amount Due: $723.91

Dear Elena Yaneva:

We are responding to your letter of dispute and request for verification pursuant to federal consumer law.
Attached are additional documents related to your account.

If we have reported this debt to consumer reporting agencies ,in acknowledgement of your dispute, we will request the account to be listed as disputed. If your creditor Waterline Bonita Springs has reported this debt to consumer credit reporting agencies, we will notify Waterline Bonita Springs of your dispute so that they can update the reported trade line(s) accordingly. Consumer reporting agencies may take up to 30 days or longer to update reports and this is beyond our control.

Should you have any questions regarding this account or if you wish to discuss payment arrangements, please feel free to contact us at the number listed herein. We look forward to helping you resolve this matter.

Sincerely,

RentDebt Automated Collections, LLC.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Payment in Full** - Because your credit agreement may require you to pay interest on the outstanding portion of your balance, as well as late charges and costs of recovery, which vary from day to day, as you agreed in your credit agreement, the amount required to pay your account in full on the day you send payment may be greater than the amounts that appear in our written communications. If an amount is stated on a letter and you pay that amount, an adjustment may be necessary after we receive your payment. In that event, we will notify you of any adjustment in your balance. We encourage you to call prior to making a payment intended to pay your account in full.

**Email Communications** - By emailing RDAC, you are requesting to receive email from RDAC on an ongoing basis. You understand email is not a secured method of communication. By emailing and/or providing your telephone number you are giving express consent to call and/or reply to your personal email. Your response also provides assurance that the email address is secure to your use. You may update your contact information, withdraw consent or opt out of email communication by emailing or calling RDAC. By opting out of email communication, you may continue to receive written communications by regular mail. You may need Adobe Acrobat Reader to access some of the electronic records that may be sent to you.

**SEE THE FOLLOWING INFORMATION FOR YOUR STATE OF RESIDENCE** - We are required under state law to notify consumers of the following rights. The following notices apply to persons who reside in those states. This list does not contain a complete list of the rights consumers have under state and federal law.

**California Residents** - The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

California License Number: 10850-99

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents** - FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Local Office: 7200 S. Alton Way, STE B180, Centennial, CO. 80112, (303) 309-3839.

**Massachusetts Residents** - NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**Minnesota Residents** - This collection agency is licensed by the Minnesota Department of Commerce.

**North Carolina Residents** - North Carolina permit number: 119503630: 304 Northcreek Blvd Goodlettsville, TN 37072

**Tennessee Residents** - This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance of Tennessee.

**Utah Residents** - As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

304 Northcreek Blvd Goodlettsville, TN 37072 - 866-376-7834 - Mon-Thurs 8:00 am to 5:00 pm, Friday 8:00 am to 3:00 pm CST

ECI GROUP

Date: 04/03/2026

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Code | t0148530 | Property | 131 | Lease From | 01/14/2025 |
| Name | Aleksandar Musulin | Unit | 06203 | Lease To | 01/12/2026 |
| Address | 10660 Founders Way #203 | Status | Past | Move In | 01/14/2025 |
| | | Rent | 1629.00 | Move Out | 12/05/2025 |
| City | Bonita Springs34135 | Phone (H) | | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 01/11/2025 | appfee | Application Fee (Aleksandar Musulin) [p0802175] | 75.00 | | 75.00 | 10311945 |
| 01/11/2025 | adminfee | Reservation/Administration Fee (Aleksandar Musulin) [p0802175] | 200.00 | | 275.00 | 10311946 |
| 01/11/2025 | appfee | Application Fee (Elena Yaneva) | 75.00 | | 350.00 | 10311947 |
| 01/11/2025 | | chk# 273544885 Debit Card On-Line Payment ; Roommate Elena Yaneva (r0079322) ; Mobile Web - Online Leasing | | 75.00 | 275.00 | 3642738 |
| 01/14/2025 | aptrent | Rent for 18 days | 945.87 | | 1,220.87 | 10312284 |
| 01/14/2025 | ub-admin | Water Activation Fee | 35.00 | | 1,255.87 | 10312285 |
| 01/14/2025 | trashrcy | Walet Trash for 18 days | 20.32 | | 1,276.19 | 10312286 |
| 01/14/2025 | pest | Pest Control for 18 days | 2.90 | | 1,279.09 | 10312287 |
| 01/14/2025 | riskfee | Community Fee for 18 days | 21.48 | | 1,300.57 | 10312288 |
| 01/14/2025 | LLWaiver | Landlord Liability Waiver for 18 days | 8.13 | | 1,308.70 | 10312289 |
| 01/14/2025 | | chk# 273700674 Debit Card On-Line Payment ; Web - Resident Services | | 1,033.70 | 275.00 | 3642964 |
| 01/14/2025 | | chk# 273714385 Debit Card On-Line Payment ; Roommate Elena Yaneva (r0079322) ; Mobile App - Resident Services | | 75.00 | 200.00 | 3643004 |
| 01/14/2025 | | chk# 273714601 Debit Card On-Line Payment ; Roommate Elena Yaneva (r0079322) ; Mobile App - Resident Services | | 200.00 | 0.00 | 3643005 |
| 02/01/2025 | aptrent | Gross Rental (02/2025) | 1,629.00 | | 1,629.00 | 10355472 |
| 02/01/2025 | concleas | Lease Concession (02/2025) | (1,629.00) | | 0.00 | 10355473 |
| 02/01/2025 | LLWaiver | Landlord Liability Waiver (02/2025) | 14.00 | | 14.00 | 10355474 |
| 02/01/2025 | pest | pest fees (02/2025) | 5.00 | | 19.00 | 10355475 |
| 02/01/2025 | riskfee | Community Fee(02/2025) | 37.00 | | 56.00 | 10355476 |
| 02/01/2025 | trashrcy | Trash & Recycling Fees (02/2025) | 35.00 | | 91.00 | 10355477 |
| 02/06/2025 | | chk# 277413503 Debit Card On-Line Payment ; Mobile App - Resident Services | | 91.00 | 0.00 | 3652792 |
| 02/25/2025 | ub-admin | Service Fee - 03/01/25-03/31/25 | 6.00 | | 6.00 | 10381087 |
| 02/25/2025 | ub-admin | Service Fee - 01/14/25-02/01/25 | 1.50 | | 7.50 | 10381090 |
| 02/25/2025 | ub-waste | Sewer - 01/14/25-02/01/25 | 4.56 | | 12.06 | 10381092 |
| 02/25/2025 | ub-water | Water - 01/14/25-02/01/25 | 2.16 | | 14.22 | 10381094 |
| 03/01/2025 | aptrent | Gross Rental (03/2025) | 1,629.00 | | 1,643.22 | 10409809 |
| 03/01/2025 | LLWaiver | Landlord Liability Waiver (03/2025) | 14.00 | | 1,657.22 | 10409810 |
| 03/01/2025 | pest | pest fees (03/2025) | 5.00 | | 1,662.22 | 10409811 |
| 03/01/2025 | riskfee | Community Fee(03/2025) | 37.00 | | 1,699.22 | 10409812 |
| 03/01/2025 | trashrcy | Trash & Recycling Fees (03/2025) | 35.00 | | 1,734.22 | 10409813 |
| 03/01/2025 | | chk# 279760606 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,734.22 | 0.00 | 3656673 |
| 03/25/2025 | ub-admin | Service Fee - 02/01/25-03/01/25 | 1.50 | | 1.50 | 10425673 |
| 03/25/2025 | ub-admin | Service Fee - 04/01/25-04/30/25 | 6.00 | | 7.50 | 10425674 |
| 03/25/2025 | ub-waste | Sewer - 02/01/25-03/01/25 | 11.18 | | 18.68 | 10425675 |
| 03/25/2025 | ub-water | Water - 02/01/25-03/01/25 | 5.21 | | 23.89 | 10425676 |
| 04/01/2025 | aptrent | Gross Rental (04/2025) | 1,629.00 | | 1,652.89 | 10462404 |
| 04/01/2025 | LLWaiver | Landlord Liability Waiver (04/2025) | 14.00 | | 1,666.89 | 10462405 |
| 04/01/2025 | pest | pest fees (04/2025) | 5.00 | | 1,671.89 | 10462406 |
| 04/01/2025 | riskfee | Community Fee(04/2025) | 37.00 | | 1,708.89 | 10462407 |
| 04/01/2025 | trashrcy | Trash & Recycling Fees (04/2025) | 35.00 | | 1,743.89 | 10462408 |
| 04/06/2025 | late | Late Fees, 10% of $1629.00 | 162.90 | | 1,906.79 | 10469321 |
| 04/06/2025 | | chk# 285941013 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,906.79 | 0.00 | 3673705 |
| 04/08/2025 | late | April waived late fee | (162.90) | | (162.90) | 10469879 |
| 04/25/2025 | ub-admin | Service Fee - 03/01/25-04/01/25 | 1.50 | | (161.40) | 10489126 |
| 04/25/2025 | ub-admin | Service Fee - 05/01/25-05/31/25 | 6.00 | | (155.40) | 10489127 |

| | | | | | | |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] |
| 05/01/2025 | LLWaiver | Landlord Liability Waiver (05/2025) | 14.00 | | 1,527.65 | 10516429 |
| 05/01/2025 | pest | pest fees (05/2025) | 5.00 | | 1,532.65 | 10516430 |
| 05/01/2025 | riskfee | Community Fee (05/2025) | 37.00 | | 1,569.65 | 10516431 |
| 05/01/2025 | trashrcy | Trash & Recycling Fees (05/2025) | 35.00 | | 1,604.65 | 10516432 |
| 05/01/2025 | | chk# 288411195 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,604.65 | 0.00 | 3678074 |
| 05/12/2025 | splconc | Inconvenience credit for water heater repairs | (100.00) | | (100.00) | 10525671 |
| 05/27/2025 | ub-admin | Service Fee - 06/01/25-06/30/25 | 6.00 | | (94.00) | 10545455 |
| 05/27/2025 | ub-admin | Service Fee - 04/01/25-05/01/25 | 1.50 | | (92.50) | 10545456 |
| 05/27/2025 | ub-waste | Sewer - 04/01/25-05/01/25 | 31.33 | | (61.17) | 10545457 |
| 05/27/2025 | ub-water | Water - 04/01/25-05/01/25 | 14.62 | | (46.55) | 10545458 |
| 06/01/2025 | aptrent | Gross Rental (06/2025) | 1,629.00 | | 1,582.45 | 10572752 |
| 06/01/2025 | LLWaiver | Landlord Liability Waiver (06/2025) | 14.00 | | 1,596.45 | 10572753 |
| 06/01/2025 | pest | pest fees (06/2025) | 5.00 | | 1,601.45 | 10572754 |
| 06/01/2025 | riskfee | Community Fee (06/2025) | 37.00 | | 1,638.45 | 10572755 |
| 06/01/2025 | trashrcy | Trash & Recycling Fees (06/2025) | 35.00 | | 1,673.45 | 10572756 |
| 06/01/2025 | | chk# 293195464 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,673.45 | 0.00 | 3690564 |
| 06/25/2025 | ub-admin | Service Fee - 07/01/25-07/31/25 | 6.00 | | 6.00 | 10600995 |
| 06/25/2025 | ub-admin | Service Fee - 05/01/25-06/01/25 | 1.50 | | 7.50 | 10600996 |
| 06/25/2025 | ub-waste | Sewer - 05/01/25-06/01/25 | 29.15 | | 36.65 | 10600997 |
| 06/25/2025 | ub-water | Water - 05/01/25-06/01/25 | 14.06 | | 50.71 | 10600998 |
| 07/01/2025 | aptrent | Gross Rental (07/2025) | 1,629.00 | | 1,679.71 | 10631672 |
| 07/01/2025 | LLWaiver | Landlord Liab. Waiver Monthly (07/2025) | 14.00 | | 1,693.71 | 10631673 |
| 07/01/2025 | pest | Pest Fees (07/2025) | 5.00 | | 1,698.71 | 10631674 |
| 07/01/2025 | riskfee | Community Fee Monthly (07/2025) | 37.00 | | 1,735.71 | 10631675 |
| 07/01/2025 | trashrcy | Trash & Recycling Fees Monthly (07/2025) | 35.00 | | 1,770.71 | 10631676 |
| 07/02/2025 | | chk# 298075587 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,770.71 | 0.00 | 3705812 |
| 07/25/2025 | ub-admin | Service Fee - 06/01/25-07/01/25 | 1.50 | | 1.50 | 10660654 |
| 07/25/2025 | ub-admin | Service Fee - 08/01/25-08/31/25 | 6.00 | | 7.50 | 10660655 |
| 07/25/2025 | ub-waste | Sewer - 06/01/25-07/01/25 | 31.20 | | 38.70 | 10660656 |
| 07/25/2025 | ub-water | Water - 06/01/25-07/01/25 | 14.98 | | 53.68 | 10660657 |
| 08/01/2025 | aptrent | Gross Rental (08/2025) | 1,629.00 | | 1,682.68 | 10720531 |
| 08/01/2025 | LLWaiver | Landlord Liab. Waiver Monthly (08/2025) | 14.00 | | 1,696.68 | 10720532 |
| 08/01/2025 | pest | Pest Fees (08/2025) | 5.00 | | 1,701.68 | 10720533 |
| 08/01/2025 | riskfee | Community Fee Monthly (08/2025) | 37.00 | | 1,738.68 | 10720534 |
| 08/01/2025 | trashrcy | Trash & Recycling Fees Monthly (08/2025) | 35.00 | | 1,773.68 | 10720535 |
| 08/02/2025 | | chk# 302858211 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,773.68 | 0.00 | 3747932 |
| 08/25/2025 | ub-admin | Service Fee - 09/01/25-09/30/25 | 6.00 | | 6.00 | 10743295 |
| 08/25/2025 | ub-admin | Service Fee - 07/01/25-08/01/25 | 1.50 | | 7.50 | 10743296 |
| 08/25/2025 | ub-waste | Sewer - 07/01/25-08/01/25 | 22.77 | | 30.27 | 10743297 |
| 08/25/2025 | ub-water | Water - 07/01/25-08/01/25 | 11.36 | | 41.63 | 10743298 |
| 09/01/2025 | aptrent | Gross Rental (09/2025) | 1,629.00 | | 1,670.63 | 10780549 |
| 09/01/2025 | LLWaiver | Landlord Liab. Waiver Monthly (09/2025) | 14.00 | | 1,684.63 | 10780550 |
| 09/01/2025 | pest | Pest Fees (09/2025) | 5.00 | | 1,689.63 | 10780551 |
| 09/01/2025 | riskfee | Community Fee Monthly (09/2025) | 37.00 | | 1,726.63 | 10780552 |
| 09/01/2025 | trashrcy | Trash & Recycling Fees Monthly (09/2025) | 35.00 | | 1,761.63 | 10780553 |
| 09/02/2025 | | chk# 307274532 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,761.63 | 0.00 | 3761487 |
| 09/25/2025 | ub-admin | Service Fee - 08/01/25-09/01/25 | 1.50 | | 1.50 | 10794732 |
| 09/25/2025 | ub-admin | Service Fee - 10/01/25-10/31/25 | 6.00 | | 7.50 | 10794734 |
| 09/25/2025 | ub-waste | Sewer - 08/01/25-09/01/25 | 33.78 | | 41.28 | 10794736 |
| 09/25/2025 | ub-water | Water - 08/01/25-09/01/25 | 16.01 | | 57.29 | 10794737 |
| 10/01/2025 | aptrent | Gross Rental (10/2025) | 1,629.00 | | 1,686.29 | 10839216 |
| 10/01/2025 | LLWaiver | Landlord Liab. Waiver Monthly (10/2025) | 14.00 | | 1,700.29 | 10839217 |
| 10/01/2025 | pest | Pest Fees (10/2025) | 5.00 | | 1,705.29 | 10839218 |
| 10/01/2025 | riskfee | Community Fee Monthly (10/2025) | 37.00 | | 1,742.29 | 10839219 |
| 10/01/2025 | trashrcy | Trash & Recycling Fees Monthly (10/2025) | 35.00 | | 1,777.29 | 10839220 |
| 10/02/2025 | | chk# 311657368 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,777.29 | 0.00 | 3775139 |
| 10/25/2025 | ub-admin | Service Fee - 09/01/25-10/01/25 | 1.50 | | 1.50 | 10857258 |
| 10/25/2025 | ub-admin | Service Fee - 11/01/25-11/30/25 | 6.00 | | 7.50 | 10857260 |
| 10/25/2025 | ub-waste | Sewer - 09/01/25-10/01/25 | 28.84 | | 36.34 | 10857262 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2025 | pest | Pest Fees (11/2025) | 5.00 | | 1,697.97 | 10897872 |
| 11/01/2025 | riskfee | Community Fee Monthly (11/2025) | 37.00 | | 1,734.97 | 10897873 |
| 11/01/2025 | trashrcy | Trash & Recycling Fees Monthly (11/2025) | 35.00 | | 1,769.97 | 10897874 |
| 11/02/2025 | | chk# 315971578 Debit Card On-Line Payment ; Mobile App - Resident Services | | 1,769.97 | 0.00 | 3788150 |
| 11/25/2025 | ub-admin | Service Fee - 12/01/25-12/31/25 | 6.00 | | 6.00 | 10911723 |
| 11/25/2025 | ub-admin | Service Fee - 10/01/25-11/01/25 | 1.50 | | 7.50 | 10911728 |
| 11/25/2025 | ub-waste | Sewer - 10/01/25-11/01/25 | 32.26 | | 39.76 | 10911730 |
| 11/25/2025 | ub-water | Water - 10/01/25-11/01/25 | 14.73 | | 54.49 | 10911732 |
| 12/01/2025 | aptrent | Gross Rental (12/2025) 5 days | 262.74 | | 317.23 | 10954864 |
| 12/01/2025 | LLWaiver | Landlord Liab. Waiver Monthly (12/2025) 5 days | 2.26 | | 319.49 | 10954865 |
| 12/01/2025 | pest | Pest Fees (12/2025) 5 days | 0.81 | | 320.30 | 10954866 |
| 12/01/2025 | riskfee | Community Fee Monthly (12/2025) 5 days | 5.97 | | 326.27 | 10954867 |
| 12/01/2025 | trashrcy | Trash & Recycling Fees Monthly (12/2025) 5 days | 5.65 | | 331.92 | 10954868 |
| 12/01/2025 | aptrent | Gross Rental (12/2025) 26 days | 1,366.26 | | 1,698.18 | 10961613 |
| 12/01/2025 | trashrcy | Trash & Recycling Fees Monthly (12/2025) 26 days | 29.35 | | 1,727.53 | 10961614 |
| 12/01/2025 | pest | Pest Fees (12/2025) 26 days | 4.19 | | 1,731.72 | 10961615 |
| 12/01/2025 | riskfee | Community Fee Monthly (12/2025) 26 days | 31.03 | | 1,762.75 | 10961616 |
| 12/01/2025 | LLWaiver | Landlord Liab. Waiver Monthly (12/2025) 26 days | 11.74 | | 1,774.49 | 10961617 |
| 12/05/2025 | ub-admin | Final Move out Service Fee | 10.00 | | 1,784.49 | 10961698 |
| 12/05/2025 | ub-admin | Final Service Fee | 1.50 | | 1,785.99 | 10961699 |
| 12/05/2025 | ub-waste | Final Sewer - 11/02/25-12/05/25 | 22.89 | | 1,808.88 | 10961700 |
| 12/05/2025 | ub-water | Final Water - 11/02/25-12/05/25 | 10.45 | | 1,819.33 | 10961701 |
| 12/10/2025 | ub-admin | Service Fee - 12/01/25-12/31/25 | (6.00) | | 1,813.33 | 10962789 |
| 12/10/2025 | trashrcy | Trash & Recycling Fees Monthly (12/2025) Credit 26 days | (29.35) | | 1,783.98 | 10962790 |
| 12/10/2025 | pest | Pest Fees (12/2025) Credit 26 days | (4.19) | | 1,779.79 | 10962791 |
| 12/10/2025 | riskfee | Community Fee Monthly (12/2025) Credit 26 days | (31.03) | | 1,748.76 | 10962792 |
| 12/10/2025 | LLWaiver | Landlord Liab. Waiver Monthly (12/2025) Credit 26 days | (11.74) | | 1,737.02 | 10962793 |
| 12/10/2025 | aptrent | Gross Rent - 01/01-01/12 Lease End Date | 630.58 | | 2,367.60 | 10962794 |
| 12/10/2025 | dmg-clea | Damage - Clean (Deep Clean) | 105.00 | | 2,472.60 | 10962795 |
| 12/10/2025 | trashout | Trash Out - 3 bags @ 25.00 each | 75.00 | | 2,547.60 | 10962796 |
| 12/10/2025 | LLWaiver | Landlord Liab. Waiver Monthly-credit Landlord Liab. Waiver Monthly (12/2025) 5 days | (2.26) | | 2,545.34 | 10962798 |
| 12/10/2025 | pest | Pest Fees-credit Pest Fees (12/2025) 5 days | (0.81) | | 2,544.53 | 10962799 |
| 12/10/2025 | riskfee | Community Fee Monthly -credit Community Fee Monthly (12/2025) 5 days | (5.97) | | 2,538.56 | 10962800 |
| 12/10/2025 | trashrcy | Trash & Recycling Fees Monthly-credit Trash & Recycling Fees Monthly (12/2025) 5 days | (5.65) | | 2,532.91 | 10962801 |
| 02/10/2026 | | LeaseLock 02/26 | | 1,809.00 | 723.91 | 3829887 |

FAA FLORIDA APARTMENT ASSOCIATION

# APARTMENT LEASE CONTRACT

NAA NATIONAL APARTMENT ASSOCIATION

Date of Lease Contract: January 14, 2025 (when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between you, the resident(s) *(list all people signing the Lease Contract)*: Aleksandar Musulin, Elena Yaneva

and us, the owner: Lee Founders Way, LLC

*(name of apartment community or title holder)*. You've agreed to rent Apartment No. 06203, at 10660 Founders Way #203

*(street address)* in Bonita Springs *(city)*, Florida, 34135 *(zip code)* (the "dwelling unit" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

The ☐ Owner or ☒ Manager of these apartments is ECI Management, LLC

whose address is 2120 Powers Ferry RD SE Suite 300 Atlanta GA 30339. Such person or company is authorized to receive notices and demands in the landlord's behalf.

A lease termination notice must be given in writing. Notice to the landlord must be delivered to the management office at the apartment community or any other address designated by management as follows: 10655 Founders Way Bonita Springs, FL 34135

Except as otherwise required by applicable law, any notice required by this Lease or law shall be in writing and shall be deemed to be delivered to you if: (a) delivered personally; (b) sent electronically via email to any email address on file with us as provided by you; (c) posted to the door of your address shown above; or (d) mailed by U.S. First Class Mail to your address shown above.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*:

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than 14 days without our prior written consent. *If the previous space isn't filled in, two days per month is the limit.*

**3. LEASE TERM AND TERMINATION NOTICE REQUIREMENTS.** The initial term of the Lease Contract begins on the 14th day of January, 2025, and ends at 11:59 p.m. the 12th day of January, 2026.

This Lease Contract will automatically renew month-to-month unless either party gives at least 60 days' written notice of termination or intent to move-out as required by this paragraph and paragraph 47 (Move-Out Notice). If the number of days isn't filled in, at least 30 days' notice is required. In the event you fail to provide us with the required number of days' written notice of termination and intent to vacate coinciding with the lease expiration date, as required by this paragraph and paragraph 47 (Move-Out Notice), you acknowledge and agree that you shall be liable to us for liquidated damages in the sum of $ 1629.00 (equal to one month's rent) if we give you the advanced written notice required by Fla. Stat. § 83.575(2). This liquidated damages amount is exclusive to insufficient notice under this paragraph and paragraph 47 (Move-Out Notice), and does not limit collection rights with regard to other amounts potentially owed to us. If the lease term is not a month-to-month tenancy, we must notify you with written notice no later than 60 days before the end of the lease term if the lease will not be renewed.

**Month-to-Month Tenancies:** In the event this Lease Contract renews on a month-to-month basis, you must pay the amount of rent we charge at the time the month-to-month tenancy commences pursuant to this paragraph and paragraph 15 (Rent Increases and Lease Contract Changes), inclusive of any applicable month-to-month fees and/or premiums. **We may change your rent at any time thereafter during a month-to-month tenancy by giving you no less than 30 days' written notice.** You will be required to abide by all notice requirements set forth in the lease and remain liable to pay all other applicable charges due under the lease during your month-to-month tenancy unless specifically changed in writing. All sums due under this paragraph shall be additional rent. We may require you to sign an addendum written for month-to-month tenants. Either party may terminate a month-to-month tenancy by giving the other party written notice no later than 30 days' prior to the end of the monthly rental period. If you fail to provide us at least 30 days' written notice to terminate a month-to-month tenancy prior to the end of the monthly rental period, you shall be liable to us for an additional 1 month's rent.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ 0.00, due on or before the date this Lease Contract is signed.

Any security deposit or advance rent you paid is being held in one of the following three ways as indicated below [Landlord check one option]:

☒ 1. In a separate NON-INTEREST bearing account for your benefit in the following bank: Synovus

whose address is 3400 Overton Park Dr SE, 5th Floor, Atlanta, GA 30339; OR

☐ 2. In a separate INTEREST bearing account for your benefit in the following bank:

whose address is

If an interest bearing account, you will be entitled to receive and collect interest in an amount of at least 75 percent of the annualized average interest rate payable on such account or interest at the rate of 5 percent per year, simple interest, whichever the landlord elects.

☐ 3. In a commingled account at the following bank

whose address is

provided that the landlord posts a surety bond with the county or state, as required by law, and pays you interest on your security deposit or advance rent at the rate of 5 percent per year simple interest.



✓ Blue Moon eSignature Services Document ID: 48310S913

## When Moving Out

**47. MOVE-OUT NOTICE.** Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by the paragraph 3 (Lease Term and Termination Notice Requirements). If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract. You will still be liable for the entire Lease Contract term if you move out early (see paragraph 23 Release of Resident) except if you are able to terminate the Lease Contract under a separate Addendum, the statutory rights explained under paragraph 11 (Early Move-Out), paragraph 23 (Release of Resident) or any other applicable law. All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of paragraph 3 (Lease Term and Termination Notice Requirements), even if you move by the last date in the lease term, you will be responsible for damages permitted under the lease and law. If you fail to vacate by the date set forth in any notice to vacate, we may seek the remedies and damages specified under the "Holdover" paragraph, or we may deem your notice void and you must submit a new written notice. If you fail to provide proper notice and vacate, you will be responsible for damages permitted under the lease and law.

**48. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the fifteen (15) day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address at least seven (7) days before you vacate or abandon the premises. You are required to serve this notice at our address specified in Paragraph 1 of this Lease only and via certified mail or personal delivery at our address only. Failure to give such notice in compliance with this paragraph to our address specified in Paragraph 1 shall relieve us of the notice requirements in Fla. Stat. § 83.49(3)(a), but shall not waive any right you may have to the security deposit or any part of it.

**49. CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**50. MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**51. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent, unpaid utilities, unpaid contractual fees, early termination charges, or liquidated damages if applicable; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector and carbon monoxide detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized access control devices or alarm systems; packing, removing, or storing property removed or stored under paragraph 13 (Contractual Lien and Property Left in Apartment); removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraph 28 (Animals); government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors and carbon monoxide detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for owner/manager's time and inconvenience in our lawful removal of an animal or in any valid eviction proceeding against you, plus attorney's fees, court costs, and filing fees actually paid, and other sums due under this Lease Contract.

You'll be liable to us for any charges for replacing all keys and access devices referenced in paragraph 5 (Keys) if you fail to return them on or before your actual move-out date.

**52. SURRENDER AND ABANDONMENT.**
**Surrender.** You have surrendered the apartment when all apartment keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid.

**Abandonment.** As set forth in Fla. Stat. s. 83.59(3)(c), in the absence of actual knowledge of abandonment, it shall be presumed that you have abandoned the apartment if you are absent from the apartment for a period of time equal to one-half the time for periodic rental payments; however, this presumption does not apply if the rent is current or you have notified us, in writing, of an intended absence.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions, and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13 (Contractual Lien and Property Left in Apartment)), but do not affect our mitigation obligations (paragraph 33 (Default by Resident)).

## Severability, Signatures, Originals and Attachments

**53. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**54. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and are hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

**You are legally bound by this document.**
**Read it carefully before signing.**

| Resident or Residents *(all sign below)* | Date Signed |
|---|---|
| *Aleksandar Musulin* | 01/14/2025 |
| *Elena Yaneva* | 01/14/2025 |
| | |
| | |
| | |
| | |

| Owner or Owner's Representative *(signing on behalf of owner)* | Date Signed |
|---|---|
| *Angie Sanchez* | 01/14/2025 |

# E-SIGNATURE CERTIFICATE

bluemoon

[illegible]

## DOCUMENT INFORMATION

| | |
|---|---|
| Status | Signed |
| Document ID | 483195933 |
| Submitted | 01/14/25 |
| Total Pages | 49 |
| Forms Included | Apartment Lease Form, Choice of Damages, Early Termination Addendum, Addendum for Rent Concession, ECI Group Special Stipulations, All-In-One Utility Addendum, Community Fee Addendum, Landlord Liability Waiver, Valet Trash, Resident Lease Addendum, Remote Control, Card or Code Access Gate Addendum, Animal Addendum, Short-Term Subletting or Rental Prohibited, Crime/Drug Free Housing Addendum, Community Policies, Rules, & Regulations, Bed Bug Addendum, Mold Information and Prevention Addendum, Satellite Dish or Antenna Addendum, Photo, Video, and Statement Release Addendum, No-Smoking Addendum, Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing, Mixed Use Addendum, Parking Addendum, Enclosed Garage Addendum |

## PARTIES

### Aleksandar Musulin

signer key: a6f190ce5b50273287ec9be4414b1c1b
IP address: 76.148.41.232
signing method: Blue Moon eSignature Services
authentication method: eSignature by SMS text
browser: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

*Aleksandar Musulin*

---

### Elena Yaneva

signer key: af1c77728a777e3192af0ddb209147f7
IP address: 76.148.41.232
signing method: Blue Moon eSignature Services
authentication method: eSignature by SMS text
browser: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

*Elena Yaneva*

---

### Angie Sanchez

signer key: 4eab169b06407c2cfde0a7f604fc2cf7
IP address: 104.156.188.1
signing method: Blue Moon eSignature Services
authentication method: eSignature by email Waterline@ecigroups.com

*Angie Sanchez*

## DOCUMENT AUDIT

1. 01/14/25 09:44:51 AM CST — Aleksandar Musulin accepted Consumer Disclosure
2. 01/14/25 09:45:21 AM CST — Aleksandar Musulin initialed Apartment Lease Form
3. 01/14/25 09:45:25 AM CST — Aleksandar Musulin signed Apartment Lease Form
4. 01/14/25 09:45:[illegible] AM CST — Aleksandar Musulin dated Apartment Lease Form
5. 01/14/25 09:45:[illegible] AM CST — Aleksandar Musulin initialed Choice of Damages, Early Termination Addendum

DOCUMENT AUDIT CONTINUED

| | | |
|---|---|---|
| 6 | 01/14/25 09:46:03 AM CST | Aleksandar Musulin checked box on Choice of Damages, Early Termination Addendum |
| 7 | 01/14/25 09:46:35 AM CST | Aleksandar Musulin signed Choice of Damages, Early Termination Addendum |
| 8 | 01/14/25 09:46:37 AM CST | Aleksandar Musulin dated Choice of Damages, Early Termination Addendum |
| 9 | 01/14/25 09:46:43 AM CST | Aleksandar Musulin signed Addendum for Rent Concession |
| 10 | 01/14/25 09:46:58 AM CST | Aleksandar Musulin signed ECI Group Special Stipulations |
| 11 | 01/14/25 09:47:02 AM CST | Aleksandar Musulin signed All-In-One Utility Addendum |
| 12 | 01/14/25 09:47:03 AM CST | Aleksandar Musulin dated All-In-One Utility Addendum |
| 13 | 01/14/25 09:47:07 AM CST | Aleksandar Musulin signed Community Fee Addendum |
| 14 | 01/14/25 09:47:10 AM CST | Aleksandar Musulin signed Landlord Liability Waiver |
| 15 | 01/14/25 09:47:11 AM CST | Aleksandar Musulin dated Landlord Liability Waiver |
| 16 | 01/14/25 09:47:14 AM CST | Aleksandar Musulin signed Valet Trash - Resident Lease Addendum |
| 17 | 01/14/25 09:47:17 AM CST | Aleksandar Musulin signed Remote Control, Card or Code Access Gate Addendum |
| 18 | 01/14/25 09:47:20 AM CST | Aleksandar Musulin signed Animal Addendum |
| 19 | 01/14/25 09:47:23 AM CST | Aleksandar Musulin signed Short-Term Subletting or Rental Prohibited |
| 20 | 01/14/25 09:47:26 AM CST | Aleksandar Musulin signed Crime/Drug Free Housing Addendum |
| 21 | 01/14/25 09:47:28 AM CST | Aleksandar Musulin dated Crime/Drug Free Housing Addendum |
| 22 | 01/14/25 09:47:31 AM CST | Aleksandar Musulin signed Community Policies, Rules, & Regulations |
| 23 | 01/14/25 09:47:32 AM CST | Aleksandar Musulin dated Community Policies, Rules, & Regulations |
| 24 | 01/14/25 09:47:35 AM CST | Aleksandar Musulin signed Bed Bug Addendum |
| 25 | 01/14/25 09:47:39 AM CST | Aleksandar Musulin signed Mold Information and Prevention Addendum |
| 26 | 01/14/25 09:47:42 AM CST | Aleksandar Musulin signed Satellite Dish or Antenna Addendum |
| 27 | 01/14/25 09:47:45 AM CST | Aleksandar Musulin signed Photo, Video, and Statement Release Addendum |
| 28 | 01/14/25 09:47:47 AM CST | Aleksandar Musulin signed No-Smoking Addendum |
| 29 | 01/14/25 09:47:49 AM CST | Aleksandar Musulin signed Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing |
| 30 | 01/14/25 09:47:50 AM CST | Aleksandar Musulin dated Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing |
| 31 | 01/14/25 09:47:53 AM CST | Aleksandar Musulin signed Mixed Use Addendum |
| 32 | 01/14/25 09:47:54 AM CST | Aleksandar Musulin signed Parking Addendum |
| 33 | 01/14/25 09:47:57 AM CST | Aleksandar Musulin signed Enclosed Garage Addendum |
| 34 | 01/14/25 09:47:59 AM CST | Aleksandar Musulin submitted signed documents |
| 35 | 01/14/25 09:54:08 AM CST | Elena Yaneva accepted Consumer Disclosure |
| 36 | 01/14/25 09:54:18 AM CST | Elena Yaneva initialed Apartment Lease Form |
| 37 | 01/14/25 09:54:22 AM CST | Elena Yaneva signed Apartment Lease Form |
| 38 | 01/14/25 09:54:23 AM CST | Elena Yaneva dated Apartment Lease Form |
| 39 | 01/14/25 09:54:26 AM CST | Elena Yaneva initialed Choice of Damages, Early Termination Addendum |
| 40 | 01/14/25 09:54:29 AM CST | Elena Yaneva checked box on Choice of Damages, Early Termination Addendum |
| 41 | 01/14/25 09:54:35 AM CST | Elena Yaneva signed Choice of Damages, Early Termination Addendum |
| 42 | 01/14/25 09:54:36 AM CST | Elena Yaneva dated Choice of Damages, Early Termination Addendum |
| 43 | 01/14/25 09:54:38 AM CST | Elena Yaneva signed Addendum for Rent Concession |
| 44 | 01/14/25 09:54:41 AM CST | Elena Yaneva signed ECI Group Special Stipulations |
| 45 | 01/14/25 09:54:43 AM CST | Elena Yaneva signed All-In-One Utility Addendum |
| 46 | 01/14/25 09:54:44 AM CST | Elena Yaneva dated All-In-One Utility Addendum |
| 47 | 01/14/25 09:54:46 AM CST | Elena Yaneva signed Community Fee Addendum |
| 48 | 01/14/25 09:54:49 AM CST | Elena Yaneva signed Landlord Liability Waiver |
| 49 | 01/14/25 09:54:50 AM CST | Elena Yaneva dated Landlord Liability Waiver |
| 50 | 01/14/25 09:54:53 AM CST | Elena Yaneva signed Valet Trash - Resident Lease Addendum |
| 51 | 01/14/25 09:54:55 AM CST | Elena Yaneva signed Remote Control, Card or Code Access Gate Addendum |
| 52 | 01/14/25 09:54:57 AM CST | Elena Yaneva signed Animal Addendum |

DOCUMENT AUDIT CONTINUED

| | | |
|---|---|---|
| 53 | 01/14/25 09:55:00 AM CST | Elena Yaneva signed Short-Term Subletting or Rental Prohibited |
| 54 | 01/14/25 09:55:02 AM CST | Elena Yaneva signed Crime/Drug Free Housing Addendum |
| 55 | 01/14/25 09:55:03 AM CST | Elena Yaneva dated Crime/Drug Free Housing Addendum |
| 56 | 01/14/25 09:55:06 AM CST | Elena Yaneva dated Community Policies, Rules, & Regulations |
| 57 | 01/14/25 09:55:06 AM CST | Elena Yaneva signed Community Policies, Rules, & Regulations |
| 58 | 01/14/25 09:55:09 AM CST | Elena Yaneva signed Bed Bug Addendum |
| 59 | 01/14/25 09:55:11 AM CST | Elena Yaneva signed Mold Information and Prevention Addendum |
| 60 | 01/14/25 09:55:13 AM CST | Elena Yaneva signed Satellite Dish or Antenna Addendum |
| 61 | 01/14/25 09:55:16 AM CST | Elena Yaneva signed Photo, Video, and Statement Release Addendum |
| 62 | 01/14/25 09:55:18 AM CST | Elena Yaneva signed No-Smoking Addendum |
| 63 | 01/14/25 09:55:20 AM CST | Elena Yaneva signed Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing |
| 64 | 01/14/25 09:55:21 AM CST | Elena Yaneva dated Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing |
| 65 | 01/14/25 09:55:23 AM CST | Elena Yaneva signed Mixed Use Addendum |
| 66 | 01/14/25 09:55:25 AM CST | Elena Yaneva signed Parking Addendum |
| 67 | 01/14/25 09:55:28 AM CST | Elena Yaneva signed Enclosed Garage Addendum |
| 68 | 01/14/25 09:55:30 AM CST | Elena Yaneva submitted signed documents |
| 69 | 01/14/25 10:09:14 AM CST | Angie Sanchez accepted Consumer Disclosure |
| 70 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Apartment Lease Form |
| 71 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Apartment Lease Form |
| 72 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Choice of Damages, Early Termination Addendum |
| 73 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Addendum for Rent Concession |
| 74 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed ECI Group Special Stipulations |
| 75 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed ECI Group Special Stipulations |
| 76 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated All-In-One Utility Addendum |
| 77 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed All-In-One Utility Addendum |
| 78 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Community Fee Addendum |
| 79 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Landlord Liability Waiver |
| 80 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Landlord Liability Waiver |
| 81 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Valet Trash - Resident Lease Addendum |
| 82 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Valet Trash - Resident Lease Addendum |
| 83 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Remote Control, Card or Code Access Gate Addendum |
| 84 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Animal Addendum |
| 85 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Animal Addendum |
| 86 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Short-Term Subletting or Rental Prohibited |
| 87 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Short-Term Subletting or Rental Prohibited |
| 88 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Crime/Drug Free Housing Addendum |
| 89 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Crime/Drug Free Housing Addendum |
| 90 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Community Policies, Rules, & Regulations |
| 91 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Community Policies, Rules, & Regulations |
| 92 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Bed Bug Addendum |
| 93 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Bed Bug Addendum |
| 94 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Mold Information and Prevention Addendum |
| 95 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Satellite Dish or Antenna Addendum |
| 96 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Photo, Video, and Statement Release Addendum |
| 97 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Photo, Video, and Statement Release Addendum |
| 98 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed No-Smoking Addendum |
| 99 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing |

DOCUMENT AUDIT CONTINUED

| | | |
|---|---|---|
| 100 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime/Drug Free Housing |
| 101 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Mixed Use Addendum |
| 102 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Mixed Use Addendum |
| 103 | 01/14/25 10:09:14 AM CST | Angie Sanchez dated Parking Addendum |
| 104 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Parking Addendum |
| 105 | 01/14/25 10:09:14 AM CST | Angie Sanchez signed Enclosed Garage Addendum |
| 106 | 01/14/25 10:09:14 AM CST | Angie Sanchez submitted signed documents |

https://my.equifax.com/membercenter/#/credit/collections

mport favorites | consulting services... ChatGPT Property Searches... Welcome to DBPR... UI FL Online

quifax

Aleksandar Musulin

Home

YOUR CREDIT

Credit Report

Summary

Credit Accounts

Consumer Statement

Personal Information

Inquiries

Public Records

Collections

Your Rights

YOUR IDENTITY

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

## Your Equifax credit report

As of July 16, 2026

Credit Report date

Equifax - July 16, 2026

You still have **5 of 6 free Equifax credit reports** available before **July 16, 2027**.

Get my free credit report

## Collections

Report Date Jul 16, 2026

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit scores.

If you find information in your credit report that you believe is incomplete or inaccurate, you can file a dispute

Date Reported: Jun 26, 2026

| | | | |
|---|---|---|---|
| **Collection Agency** | RENTDEBT AUTOMATED COLLECT | **Balance Date** | Jun 26, 2026 |
| **Original Creditor Name** | WATERLINE BONITA SPRINGS | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Apr 07, 2026 | **Account Number** | #####3505 |
| **Original Amount Owed** | $724 | **Creditor Classification** | RENTAL_OR_LEASING |
| **Amount** | $724 | **Last Payment Date** | |
| **Status Date** | Jun 26, 2026 | **Date of First Delinquency** | Dec 05, 2025 |
| **Status** | UNPAID | | |
| **Comments** | | **Contact** | |

RENTDEBT AUTOMATED COLLECT
2285 Murfreesboro Pike
Nashville
TN
37217-3349
(800) 445-1736

### Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

Privacy Policy Terms of Use Equifax Consumer Services LLC Licenses and Disclosures

Search

Previous Next
Replace with

RENTDEBT AUTOMATED COLLE RD148****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 1489 GOODLETTSVILLE, TN 37070 |
| **Phone** | (866) 376-7834 |
| **Date Opened** | 04/07/2026 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | COLLECTION AGENCY/ATTORNEY |
| **Balance** | $724 |
| **Date Updated** | 07/10/2026 |
| **High Balance** | $724 |
| **Original Creditor** | WATERLINE BONITA SPRINGS |
| **Past Due** | $724 |



| | |
|---|---|
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 11/2032 |
| **Remarks** | >PLACED FOR COLLECTION< |

• Replace with

## RENTDEBT AUTOMATED COLLE

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | RENTDEBT AUTOMATED COLLE |
| Account Number | RD1483XXXX |
| Account Type | Collection |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 04/07/2026 |
| Status | Collection account. $724 past due as of Jul 2026. |
| Status Updated | Apr 2026 |
| Balance | $724 |
| Balance Updated | 07/11/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $724 |
| Highest Balance | - |
| Terms | 1 Month |
| On Record Until | Sep 2032 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | – | – | – | – | – | C | C | – | – | – | – | – |

C Collection

**Payment history guide**

Collection as of Jul 2026,Jun 2026

This account is scheduled to continue on record until Sep 2032.

### Balance Histories