**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**ALEK MIRKO MASON and**
**ELENA YANCHEVA YANEVA,**

***Plaintiffs,***

**v.** **Case No. 2:26-CV-2259-KCO-NPM**

**LEE FOUNDERS WAY, LLC,**
**ECI MANAGEMENT, LLC, and**
**RENTDEBT AUTOMATED**
**COLLECTIONS, LLC,**

***Defendants.***

---

**JOINT NOTICE OF A RELATED ACTION**

---

Pursuant to Local Rule 1.07(c), I certify that the above-captioned case:

_______ IS related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

____X___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

The parties certify that they will serve a copy of this Joint Notice of Related Action upon each party no later than fourteen (14) days after appearance of the party.

Dated: October 26, 2026

Respectfully submitted,

By: /s/ *Alex Mirko Mason*
Alek Mirko Mason,
Plaintiff, *Pro Se*
Elena Yancheva Yaneva
Plaintiff, *Pro Se*
14132 FM 1097 Road West, Suite 300,
PMB 1030, Willis, Texas, Tel. (830) 830-6374;
amason.litigation@gmail.com
*Appearing as Plaintiffs, Pro Se*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Leia V. Leitner*
Leia V. Leitner, Esq.
Florida Bar No.: 0105621
111 North Orange Avenue
Suite 1200
Orlando, Florida 32801
Telephone: 407-203-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Alyssa.Heitman@wilsonelser.com
Attorneys for Defendants,
*Lee Founders Way, LLC and ECI Management, LLC*

**FROST ESCHOLS LLC**

By: */s/ David A. Grassi, Jr.*
David A. Grassi , Jr
Florida Bar No.: 1040225
P.O. Box 12645
Rock Hill, SC 29731
Physical Address:
300 Chatham Ave., Suite 310
Rock Hill, SC 29730
803-329-8970
david.grassi@frostechols.com
*Attorneys for Defendant, RentDebt Automated Collections, LLC*