**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| ALEK MIRKO MASON (f/k/a) Aleksander Musulin) and ELENA YANCHEVA YANEVA,<br><br>Plaintiffs,<br>v.<br><br>LEE FOUNDERS WAY, LLC, ECI MANAGEMENT, LLC and RENTDEBT AUTOMATED COLLECTIONS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO: 2:26-CV-02259-KCD-NPM |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Michael P. Manfredi, Esquire, moves for special admission to represent Defendants **LEE FOUNDERS WAY, LLC** and **ECI MANAGEMENT, LLC** in this action.

I am not a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Northern District of Georgia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. §1927, which provide:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted this 4th day of November, 2026.

/s/ *Michael P. Manfredi*
Michael P. Manfredi

**LOCAL RULE 3.01(g) CERTIFICATION**

I have conferred with the opposing party and represent the opposing party are not opposed to my special admission.

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**

*/s/ Michael P. Manfredi*
Michael P. Manfredi (Special Admission Pending)
Georgia Bar No. 784682

3348 Peachtree Road N.E., Suite 1400
Atlanta, Georgia 30326
Phone: (470) 419-6650
Fax: (470) 419-6651
michael.manfredi@wilsonelser.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

*/s/ Leia V. Leitner*
Leia V. Leitner